IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS WILLIAMS,

        Plaintiff,

    v.

CITY OF MEDFORD, et al.,

        Defendants.

No. 1:09-cv-03026-PA

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants have filed objections to the Report and Recommendation. I have reviewed the file of this case de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#68) is adopted. Defendants' Motion for Summary Judgment (#45) is denied except as to the individual defendants on the state law claims.

IT IS SO ORDERED.

DATED this **21** day of November, 2011.

*Owen M Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER